**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI,
WESTERN DIVISION**

CLARA OWENS                                                                              PLAINTIFF

VERSUS                                                   CIVIL ACTION NO. 5:07cv110-DCB-JMR

JAMES J. DAVID                                                                         DEFENDANT

### ORDER OF REMAND

This cause having come before the Court on the Plaintiff's Motion to Remand [docket entry no. 5] and the Court having granted the Motion for want of jurisdiction over the subject matter of the action, accordingly:

**IT IS HEREBY ORDERED AND ADJUDGED** that the case is remanded to the County Court of Adams County, Mississippi.

**SO ORDERED AND ADJUDGED,** this the  29th  day of October, 2007.


                                                              s/ David Bramlette
                                                    UNITED STATES DISTRICT JUDGE